UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Latoya Green,<br><br>           Plaintiff,<br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services; and DOES 1-10, inclusive,<br><br>           Defendants. | Civil Action No.:  1:14-cv-05861-JBS-AMD |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 30, 2014

                                                  Respectfully submitted,

                                                  By: /s/ Sofia Balile

                                                  Sofia Balile, Esq.
                                                  Lemberg Law, LLC
                                                  1100 Summer Street
                                                  Stamford, CT 06905
                                                  Phone: (917) 981-0849
                                                  Fax:    (203) 653-3424

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 30, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By /s/ Sofia Balile_____

            Sofia Balile