UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Latoya Green,<br><br>                Plaintiff,<br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 1:14-cv-05861-JBS-AMD |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

      Latoya Green ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 21, 2014

                                                        Respectfully submitted,

                                                        By: /s/ Sofia Balile

                                                        Sofia Balile, Esq.
                                                        Lemberg Law, LLC
                                                        1100 Summer Street
                                                        Stamford, CT 06905
                                                        Phone: (917) 981-0849
                                                        Facsimile: (203) 653-3424
                                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Sofia Balile

                                        Sofia Balile